# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| **PLAINTIFF(S)** | | 5:24–cv–01437 |
| v. | | |
| SAN BERNARDINO COUNTY, et al. | | |
| **DEFENDANT(S).** | | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____     ____     ____

Date Filed     Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: July 12, 2024         By: /s/ *Estrella Liberato  Estrella_Liberato@cacd.uscourts.gov*
                                    Deputy Clerk